UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDO LIVE TV, LLC, | Case No.: 8:21-CV-00916-CJC-(JDEx) |
| Plaintiff, | [Orange County Superior Court Case No. 30-2021-01190546-CU-BC-CJC] |
| vs. | |
| CALIFORNIA EXOTIC NOVELTIES, LLC dba CALEXOTICS, a Limited Liability Company; VIDEO MANAGEMENT INDUSTRIES, INC.; DAVID BETESH, an individual, SUSAN COLVIN, an individual, and DOES 1 through 30, INCLUSIVE | **ORDER TO SEVER AND PARTIALLY REMAND** |
| Defendants. | |

1

**ORDER TO SEVER AND PARTIALLY REMAND**

Having considered the Stipulation to Sever and Partially Remand agreed to by Plaintiff Lido Live TV, LLC ("LLTV"); Defendants California Exotic Novelties, LLC dba CalExotics ("CalExotics") and Susan Colvin ("Colvin") (collectively, Calexotics and Colvin are sometimes referred to herein as the "CalExotic Defendants"); and Defendants Video Management Industries, Inc. ("VMI") and David Betesh ("Betesh") (collectively, VMI and Betesh are sometimes referred to herein as the "VMI Defendants"):

**IT IS HEREBY ORDERED:**

1. Counts I through V of Plaintiff Lido Live TV, LLC's Complaint are severed as against the CalExotic Defendants; and

2. The claims against the CalExotic Defendants are remanded back the Superior Court of the State of California, Orange County, Case No. 30-2021-01190546-CU-BC-CJC ; and

3. Diversity jurisdiction exists as and between Plaintiff Lido Live TV, LLC and VMI Defendants and this Court shall retain jurisdiction over Counts VI and VII of Plaintiff's Complaint; and

4. The caption of this action shall be amended as follows:

**LIDO LIVE TV, LLC,**

                **Plaintiff,**

vs.

**VIDEO MANAGEMENT INDUSTRIES, INC.; DAVID BETESH, an individual,**

                **Defendants.**

Dated: June 8, 2021

_____
Hon. Cormac J. Carney
U.S. District Court Judge

**ORDER TO SEVER AND PARTIALLY REMAND**